JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Ned_Smock@fd.org

Counsel for Defendant BENKHELOUF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALID BENKHELOUF,<br>Defendant. | Case No.: 26-0497 EMC (TSH)<br><br>**UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE** |

Walid Benkhelouf was released to the halfway house on August 25, 2026. ECF No. 6. He has been in full compliance with his conditions of release during the two months since that time.

Mr. Benkhelouf would like to move to the home of his girlfriend in Santa Rosa. United States Pretrial Services has visited the home and believes it is an appropriate residence. Given the above, the defense asks that the halfway house condition be deleted from Mr. Benkhelouf's conditions of release.

The defense has discussed this motion with United States Pretrial Services and the government. Neither opposes this request.

October 29, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

October 29, 2026
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge